# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Cassidy, II, Lucas T. | Docket No. | 0980 2:17CR00128-RMP-9 |

## Petition for Action on Conditions of Pretrial Release

COMES NOW Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Lucas T. Cassidy, II, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 6th day of September, 2017, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.
RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #2:** Mr. Cassidy was cited by the Spokane County Sheriff's Office for a misdemeanor theft-3 charge on October 6, 2017, and failed to report this incident to his pretrial services officer within 1 business day.

**Violation #3:** The defendant tested presumptive positive for morphine on October 12, 2017.

**PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: October 23, 2017

by s/Jonathan C. Bot

Jonathan C. Bot
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[ ]     Defendant to appear before the Magistrate Judge.
[ ]     Other

_____
Signature of Judicial Officer

_____October 23, 2017_____
Date